IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01767-JLK-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

6575 MEADE COURT, ARVADA, COLORADO,
15150 ALMSTEAD STREET, DENVER, COLORADO,
U.S. BANK ACCOUNT #103657774396; and
LOTS 24 AND 27, BLOCK 2, HAWK RIDGE SUBDIVISION,

Defendants.
_____

## ORDER
_____

This matter is before me on the following motions:

(1)     **United States' Status Report and Motion to Vacate Status Conference** (the "Motion to Vacate Status Conference"), filed December 5, 2005; and

(2)     **United States' Motion to Stay** (the "Motion to Stay"), filed December 5, 2005.

This is a civil forfeiture action seeking forfeiture of property connected with criminal activity. The United States reports that an indictment returned in this district charges crimes and contains forfeiture allegations against the property at issue in this case and other property. The district judge in the criminal case has stayed the administrative forfeiture proceedings "lest the criminal defendant's [sic] 5th Amendment rights be jeopardized." Motion to Stay, ¶4. The United States request that this action be stayed for the same reasons.

I held a hearing on the motions this morning and made rulings on the record. In summary and for the reasons stated on the record this morning:

IT IS ORDERED that the Motion to Vacate Status Conference is DENIED.

IT IS FURTHER ORDERED that the Motion to Stay is GRANTED. This case is STAYED pending further order of the court.

IT IS FURTHER ORDERED that the United States shall file status reports, beginning on **April 3, 2006, and quarterly thereafter**, addressing the status of the criminal prosecution and what proceedings, if any, should be scheduled in this case.

Dated December 8, 2005.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge