IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01767-JLK-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

6575 MEADE COURT, ARVADA, COLORADO,
15150 ALMSTEAD STREET, DENVER, COLORADO,
U.S. BANK ACCOUNT #103657774396; and
LOTS 24 AND 27, BLOCK 2, HAWK RIDGE SUBDIVISION,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **United States' Unopposed Motion to Vacate Scheduling/Planning Conference** [docket no. 30, filed March 20, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set of April 2, 2007, is VACATED.

IT IS FURTHER ORDERED that a further Status Report is to be filed on or before **June 1, 2007**.

DATED:  March 22, 2007