IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01767-JLK-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

6575 MEADE COURT, ARVADA, COLORADO,
15150 ALMSTEAD STREET, DENVER, COLORADO,
U.S. BANK ACCOUNT #103657774396; and
LOTS 24 AND 27, BLOCK 2, HAWK RIDGE SUBDIVISION,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS HEREBY ORDERED the **United States' Motion to Vacate and Continue Preliminary Scheduling Conference** [Doc. # 48, filed 7/3/2007] is GRANTED.  The preliminary Scheduling Conference previously set for **July 17, 2007**, **at 9:00 a.m.**, is VACATED and RESET to **September 4, 2007, at 1:30 p.m.**, in Courtroom A-401, Fourth Floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado.  The parties need not comply with the requirements of Fed.R.Civ.P. 16 and D.C. COLO. LCivR 16.2 and 26.1.  The purpose of the preliminary scheduling conference is to consider the nature and status of the case, the case schedule, and what discovery, if any, will be needed.  ***Claimant, Jaime Zapata*, and his case manager will contact the court at (303) 844-6408 at the above date and time in order to participate.**

      IT IS FURTHER ORDERED that a copy of this Order is to be mailed to the following:

CASE MANAGER FOR
JAIME ZAPATA-HERNANDEZ #32887-13
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123

DATED:  July 6, 2007