IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01767-JLK-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

6575 MEADE COURT, ARVADA, COLORADO,
15150 ALMSTEAD STREET, DENVER, COLORADO,
U.S. BANK ACCOUNT #103657774396; and
LOTS 24 AND 27, BLOCK 2, HAWK RIDGE SUBDIVISION,

Defendants.

_____

**ORDER**

_____

This matter is before me on a motion filed by claimant Jaime Zapata, which is entitled

**Federal Government Lacks the Authority to Represent an Entity not the United States**

[Doc. #46, filed June 21, 2007] (the "Motion").  The claimant requests that the Assistant United

States Attorney, James Russell, be denied the right to represent the United States.  The Motion is

frivolous.

IT IS ORDERED that the Motion is DENIED.

Dated July 11, 2007.

BY THE COURT:

 s/ Boyd N. Boland                              
United States Magistrate Judge