IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 04-cv-01767-JLK-BNB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

6575 MEADE COURT, ARVADA, COLORADO
15150 ALMSTEAD STREET, DENVER, COLORADO, and
U.S. BANK ACCOUNT #103657774396; and
LOTS 24 AND 27, BLOCK 2, HAWK RIDGE SUBDIVISION,

     Defendants.
_____

## ORDER ON RECOMMENDATIONS OF
## UNITED STATES MAGISTRATE JUDGE
_____

KANE, J.

     This matter is before me on the Recommendations of Magistrate Judge

Boyd N. Boland (Docs. 81 and 82), both filed April 1, 2008, that I grant United States'

Motion for Default Judgment and Final Order of Forfeiture Only as to Defendants

6575 Meade Court, 15150 Almstead Street, and U.S. Bank Account #103657774396

(Doc. 65) and the United States' Motion for Partial Default Judgment and Final Order of

Forfeiture Only as to Carlos Zapata's Interest in Defendant Lots 24 and 27 (Doc. 66). No

objections were filed to these Recommendations.

     Having reviewed the Recommendations, related documents and pleadings and

relevant authority, I ADOPT the Recommendations as an Order of the Court and ORDER

that the United States' Motion for Default Judgment and Final Order of Forfeiture Only

as to Defendants 6575 Meade Court, 15150 Almstead Street, and U.S. Bank Account

#103657774396 (Doc. 65) and its Motion for Partial Default Judgment and Final Order of

Forfeiture Only as to Carlos Zapata's Interest in Defendant Lots 24 and 27 (Doc. 66) are

GRANTED.  The relief sought in these motions shall be provided by separate order.

Dated this 28th day of April, 2008.

*s/John L. Kane*

John L. Kane, Senior Judge
United States District Judge
