IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01767-JLK-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

6575 MEADE COURT, ARVADA, COLORADO,
15150 ALMSTEAD STREET, DENVER, COLORADO,
U.S. BANK ACCOUNT #103657774396; and
LOTS 24 AND 27, BLOCK 2, HAWK RIDGE SUBDIVISION,

Defendants.

_____

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

This matter is before me on Jaime Zapata's **Request for Summary Judgment** [Doc. #71, filed 12/12/07] (the "Motion"). I respectfully RECOMMEND that the Motion be DENIED AS MOOT.

Partial default of Defendant Lots 24 and 27, Block 2, Hawk Ridge Subdivision- Jaime Zapata's Interest Only has been entered pursuant to Fed.R.Civ.P. 55(a). *Order* [Doc. #79, entered 3/28/08]; *Entry of Default* [Doc. #80, entered 3/31/08]. Separately, I have recommended that default judgment and forfeiture as to Jaime Zapata's interest in defendant Lots 24 and 27, Block 2, Hawk Ridge Subdivision, County of Adams, State of Colorado, including all right, title, and interest in and to the property be entered in favor of the United States. Accordingly,

I respectfully RECOMMEND that Jaime Zapata's Request for Summary Judgment be DENIED AS MOOT.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated May 6, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge