IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 04-cv-01767-JLK-BNB

UNITED STATES OF AMERICA,

    Plaintiff,
v.

6575 MEADE COURT, ARVADA, COLORADO
15150 ALMSTEAD STREET, DENVER, COLORADO, and
U.S. BANK ACCOUNT #103657774396; and
LOTS 24 AND 27, BLOCK 2, HAWK RIDGE SUBDIVISION,

    Defendants.
_____

**ORDER ON RECOMMENDATIONS OF
UNITED STATES MAGISTRATE JUDGE**
_____

KANE, J.

This matter is before me on the Recommendations of Magistrate Judge Boyd N. Boland (Docs. 93 and 94), both filed May 6, 2008, that I grant United States' Motion for Partial Default Judgment and Final Order of Forfeiture Only as to Jamie Zapata's Interest in Defendant Lots 24 and 27 (Doc. 91) and deny as moot Jamie Zapata's Request for Summary Judgment (Doc. 71). No objections were filed to these Recommendations.

Having reviewed the Recommendations, related documents and pleadings and relevant authority, I ADOPT the Recommendations as an Order of the Court and ORDER as follows:

1. The United States' Motion for Partial Default Judgment and Final Order of Forfeiture Only as to Jamie Zapata's Interest in Defendant Lots 24 and 27 (Doc. 91) is GRANTED. The relief sought in this Motion shall be provided by separate order.

2. Jamie Zapata's Request for Summary Judgment (Doc. 71) is DENIED as moot.

Dated this 28th day of May, 2008.

s/John L. Kane<br>
John L. Kane, Senior Judge<br>
United States District Judge