**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-01767-JLK-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6575 MEADE COURT, et al.,

    Defendants.

---

ORDER REGARDING ECF. DOCS. 101-108.

---

Kane, J.

    Defendants' latest joinder theory, raised by ECF Docs. 105-107 (which documents, as far as I can discern, are identical), is nonsensical. Defendants Lots 24 and 27, Block 2, Hawk Ridge Subdivision have not offered any theory why there is no jurisdiction. The property in question was the subject of a civil forfeiture proceeding and titled in filer's name, Jaime Zapata. The property constitutes a thing of value and proceeds traceable to an exchange of controlled substances in violation of 21 U.S.C. § 801, *et seq*., and was therefore forfeited to the United States per 21 U.S.C. § 881(a)(6). A parallel criminal action confirms these facts.

    As for the reference to Defendants' Ex Parte Emergency Motion Pursuant to F.R.Cv.P 60(b)(4) to Void Ab Initio Order Claimant, Doc. 101, it is DENIED for the reasons stated in the Government's Response at Doc. 102.

    Finally, the Ex Parte Motion for Discovery at Doc. 108 has no merit. There is no reason to open discovery in a cased already disposed of by Default Judgments and Final Orders of Forfeiture. Defendants, or, rather, Mr. Zapata, must accept that the case is over. In any event,

the Motion includes no argument for why discovery is necessary or any legal citation for how it could be permitted, even were it helpful for Defendants.  Mr. Zapata should know that his efforts have been received and considered, but are nonetheless futile.

DATED:       March 18, 2014           BY THE COURT:

*s/John L. Kane*
John L. Kane, U.S. Senior District Judge