IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  04-cv-1767-JLK-BNB

UNITED STATES OF AMERICA

        Plaintiff,

v.

6575 MEADE COURT, ARVADA, COLORADO, et al.,

        Defendants.

## ORDER

Kane, J.

    Although this matter has been fully adjudicated, pro se party Jaime Zapata-Hernandez continues to file documents in this long-closed case.  This must stop.  The most recent filings (doc. #111 and doc. #112) are STRICKEN.  Mr. Zapada-Hernandez is attempting once again to declare the un-appealed forfeiture Final Order and Judgment void. He is wrong on the facts and the law. There is no basis whatsoever to re-open a forfeiture case that was disposed of by properly entered Default Judgments and Final Orders of Forfeiture.  To the extent that Mr. Zapata Hernandez believes that he has some claim, however misguided it may be, against the U.S. Attorney's office, he should address that issue in a separate complaint.  No further filings will be accepted in this case.

    Dated:  April 9, 2014

                                              BY THE COURT:

                                              *S/John L. Kane*
                                              John L. Kane, Senior Judge
                                              United States District Court